UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 12-38812 |
|---|---|
| HELEN SMITH | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2012.

2) The plan was confirmed on 05/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/06/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/20/2015.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,110.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,737.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $7,737.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $351.66 |
| Other | $22.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,874.16

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFILIATED RADIOLOGISTS | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN BANK OF CHICAGO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 3,041.00 | 3,237.43 | 3,237.43 | 2,229.81 | 1,126.75 |
| CHICAGO SUN TIMES | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 625.70 | 655.23 | 655.23 | 506.28 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 625.70 | NA | NA | 0.00 | 0.00 |
| CVI LOAN GT TRUST I | Unsecured | 9,506.00 | 0.00 | 9,838.91 | 0.00 | 0.00 |
| CVI LOAN GT TRUST I | Secured | 9,506.00 | 9,838.91 | 0.00 | 0.00 | 0.00 |
| DEPT STORES NATL BANK | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 559.00 | 559.60 | 559.60 | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,031.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 347.47 | 347.47 | 0.00 | 0.00 |
| MACYS RETAIL HOLDINGS INC | Unsecured | 429.00 | 428.58 | 428.58 | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 6,484.00 | 6,483.80 | 6,483.80 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,906.00 | 1,472.21 | 1,472.21 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 360.00 | 263.88 | 263.88 | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| PODIATRY SERVICES | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 370.00 | 370.40 | 370.40 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,995.00 | 2,084.69 | 2,084.69 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 2,165.47 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| S O GROUP SC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 4,488.58 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Secured | 18,500.00 | 23,026.71 | 23,026.71 | 0.00 | 0.00 |
| SANTANNA ENERGY RESIDENT | Unsecured | 1,407.00 | NA | NA | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 110.00 | 110.00 | 110.00 | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 54.60 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Unsecured | 45,385.00 | NA | NA | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Secured | 24,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,264.14 | $2,229.81 | $1,126.75 |
| All Other Secured | $655.23 | $506.28 | $0.00 |
| **TOTAL SECURED:** | **$26,919.37** | **$2,736.09** | **$1,126.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,959.54** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,874.16 |
| Disbursements to Creditors | $3,862.84 |
| **TOTAL DISBURSEMENTS:** | **$7,737.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/02/2015					By: /s/ Tom Vaughn
											Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**